

# Law Offices Of
# IANNUZZI and IANNUZZI

Nicholas P. Iannuzzi (1930 - 1972)
Nicholas P. Iannuzzi, II, J.D.
Shakira A. Fantauzzi, J.D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2023

Hon. Mary Kay Vyskocil
Southern District of New York
United States District Court

Re: Pedraza v. Manhattan Monster Inc. et al.
   23-cv-02596 (MKV)

Dear Your Honor:

This office represents Defendants Monster Bar and Charles Rice in the above referenced matter.

On November 20, 2023, your Honor ordered that the status conference previously scheduled for December 12, 2023 be administratively adjourned to December 15, 2023 at 2:00 PM.

Unfortunately, on that date Defense Counsel has a long before scheduled conference out of the country and is unable to attend. The Defense respectfully requests that the Status Conference presently scheduled for December 15, 2023 be adjourned to January 5, 2024 or any date thereafter at the Court's convenience.

This is the first request for an adjournment, and Plaintiff's Counsel does not object.

If there is any other or further information Your Honor requires in connection with the above indicated, please have someone on your staff contact me, and I shall endeavor to provide the same without delay.

Respectfully,

Shakira A. Fantauzzi, JD

City of New York
November 28, 2023

**The December 15, 2023 Conference is ADJOURNED to January 11, 2024 at 11:30 AM. SO ORDERED.**

Date: 11/29/2023
New York, New York

Mary Kay Vyskocil
United States District Judge