UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN PEDRAZA,

                      Plaintiff,                    23-cv-2596 (MKV) (VF)

    -against-                      **ORDER**

MANHATTAN MONSTER INC. d/b/a The Monster
Bar, et al,

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

As stated at the conference on January 9, 2024, the parties are directed to submit a joint status update by **January 23, 2023**.

The $500 cost incurred by Defendants for the failed deposition of Plaintiff will be split between the parties.

Plaintiff's request for costs for the failed Rule 30(b)(6) deposition of Defendant is **DENIED** without prejudice. The failed deposition lasted only 26 minutes and Defendants will provide an adequately prepared witness to be deposed again. Plaintiff can renew the motion, if there are grounds to do so, following the reopened 30(b)(6) deposition.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 47.

    **SO ORDERED.**

DATED:    New York, New York
                January 10, 2024

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge