UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PEDRAZA,

                Plaintiff,

-against-

MANHATTAN MONSTER INC., CHARLES RAYMOND RICE, and LUIS GOMEZ,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   4/5/2024

1:23-cv-2596 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of Plaintiff's numerous letters about his request to amend the complaint and caption and his request to further extend the discovery in this case, as well as Defendants' response in opposition to the request to amend [ECF Nos. 65, 72, 73, 74, 75, 76, 77]. Plaintiff is on notice that is not appropriate to file numerous letters about the same requests. Nevertheless, the request to amend the complaint and caption is GRANTED. Plaintiff shall file the Amended Complaint by April 8, 2024.

    Because Magistrate Judge Figueredo is overseeing the discovery in this case, the Court defers to her judgment on the deadline to complete the remaining discovery. Within three business days of the deadline she sets, the parties shall file a joint status report to this Court. The parties must address every item required for the joint letter submitted in advance of a Post Discovery Conference, in accordance with the Court's Case Management Plan [ECF No. 29] and Individual Rules of Practice in Civil Cases. If no motion for summary judgment is anticipated, the parties shall propose dates for a trial.

    The parties are on notice that failure to comply with court orders, the Court's Individual Rules, and the Federal Rules of Civil Procedure may result in sanctions, including: monetary fines;

preclusion of claims, defenses, and evidence; and the case-terminating sanctions of dismissal for failure to prosecute and default judgment.

The Clerk of Court respectfully is requested to terminate the letter motions at docket entries 65, 72, 73, 76, and 77.

**SO ORDERED.**

**Date: April 5, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**