UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN PEDRAZA,

                        Plaintiff,                      23-cv-2596 (MKV) (VF)

       -against-

                                                    **ORDER**

MANHATTAN MONSTER INC. d/b/a The Monster
Bar, et al,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      As discussed at the conference on April 29, 2024, the discovery deadline in this matter is extended until July 16, 2024. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 99.

      **SO ORDERED.**

DATED:   New York, New York
               April 29, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge