UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN PEDRAZA,

                            Plaintiff,                                    **23-cv-2596 (MKV)**

       -against-                                     **ORDER SCHEDULING**
                                                          **SETTLEMENT CONFERENCE**

MANHATTAN MONSTER INC. d/b/a The Monster
Bar, et al,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A settlement conference in this matter is hereby scheduled for **Wednesday, October 30, 2024 at 10:00 a.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at [https://www.nysd.uscourts.gov/hon-valerie-figueredo](https://www.nysd.uscourts.gov/hon-valerie-figueredo)). Pre-conference submissions must be received by the Court no later than **Monday, October 28, 2024 at 12:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
               October 23, 2024

                                                                    _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge