

The Law Offices of Jacob Aronauer
250 Broadway, Suite 600
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

November 1, 2024

**<u>Via ECF</u>**
Hon. Mary Kay Vyskocil
Southern District of New York
United States District Court

      Re:    Pedraza v. Manhattan Monster Inc. et al.
             23-cv-02596 (MKV) (MVF)

Dear Judge Vyskocil:

      This office represents Plaintiff in the above captioned matter. The parties jointly request an extension to provide the Court with a joint pre-trial order. The joint pre-trial order is due on Monday November 4, 2024. We are requesting to have until Friday, November 8, 2024 to the issue the pre-trial order. The undersigned has been dealing with many cases in a short time period as follows:

- From October 22, 2024 through October 24, 2024 I was in Denver, CO on two separate cases: *Garrett et al. v. Victors Sushi, LLC et al.*, 24-cv-00730 (MEH) and *Nir v. Drginvest Employee Co LLC d/b/a Drginvest et al.*, 24-cv-02321 (SKC). *Garrett* was a settlement conference and Nir was an initial case conference.
- On Monday October 27, 2024 I had a one day bench trial in front of Judge Cogan in the EDNY in the matter *Ferreiras Dominguez v. Barber et al.*, 23-cv-09232 (BMC).
- This past weekend, in addition to preparing for Dominguez I drafted an opposition to a motion to dismiss in the NJD matter *Ahmad v. Group Ninety Nine LLC et al.*, 3:24-cv-08038 (GC) (JTQ) and an opposition for a motion in limine in *Heras v. Metropolitan Learning Institute et al.*, 19-cv-02694.
- I am also preparing for a mediation this upcoming Wednesday in *Navruzov et al. v. Tashkent Supermarket LLC et al.*, 1:24-cv-04428 (DG) (LKE).

      I did provide Defendants' counsel with a draft of the pre-trial joint order and we are planning on meeting Monday in person per the Court's rules.

      We thank the Court for its consideration.

                                                                                           Respectfully,

                                                                                     */s Jacob Aronauer*
                                                                                     Jacob Aronauer

cc: **<u>Via ECF</u>**
    *All attorneys on record*