UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JUAN PEDRAZA,

                      Plaintiff,                              23-cv-2596 (VF)

        -against-                                        **ORDER**

MANHATTAN MONSTER INC. d/b/a The Monster
Bar, et al,

                      Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

A conference to address a schedule for trial in this case is scheduled for **Tuesday, November 12, 2024, at 4:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the newly scheduled time. **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:    New York, New York
               November 6, 2024

                                                                         _____
                                                                         VALERIE FIGUEREDO
                                                                         United States Magistrate Judge