UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN PEDRAZA,

                Plaintiff,

-against-

MANHATTAN MONSTER INC., et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2024
```

1:23-cv-2596 (VF)

**NOTICE TO COUNSEL**

MARY KAY VYSKOCIL, United States District Judge:

    On November 1, 2024, both parties signed and filed on ECF a form indicating that they "consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings" [ECF No. 129; *see* ECF No. 128]. As such, I endorsed the parties' signed consent form, and this case was reassigned to Magistrate Judge Figueredo [ECF No. 131]. In other words, I am no longer presiding over this case, which is reflected on the docket. *See* 23-cv-2596-VF, *Pedraza v. Manhattan Monster Inc. et al* ("Assigned to: Magistrate Judge Valerie Figueredo").

    Nevertheless, on November 4, 2024, defense counsel filed a letter addressed to me [ECF No. 132]. Thereafter, on November 7, 2024, defense counsel called my Chambers to inquire whether I intend to rule on her letter. However, as explained above, the parties consented to the jurisdiction of the Magistrate Judge to "conduct *all* proceedings in this case" [ECF Nos. 129, 131], and, as a result, I no longer have jurisdiction conduct any proceedings in this case. Accordingly, the parties must address all future correspondence to Magistrate Judge Figueredo.

**SO ORDERED.**

Date: **November 7, 2024**
       **New York, NY**

                                                 */s/ Mary Kay Vyskocil*
                                         **MARY KAY VYSKOCIL**
                                         **United States District Judge**