**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JUAN PEDRAZA,

                              Plaintiff,                  **23-cv-2596 (VF)**

                -against-                          **ORDER**

MANHATTAN MONSTER INC. d/b/a The Monster Bar, et al.,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

The empaneled jurors and alternates in this case are semi-sequestered and not permitted to leave the courthouse during their lunch break. Accordingly, the Clerk of Court is directed to provide the jurors and alternates lunch on days trial is in session and during jury deliberation days.

      **SO ORDERED.**

DATED:    New York, New York
               January 7, 2025

                                                                _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge