UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JUAN PEDRAZA,

                              Plaintiff,                              23-CV-2596 (VF)

           -against-                                        **ORDER**

MANHATTAN MONSTER INC. d/b/a
THE MONSTER BAR, SPUNK EVENTS INC.
d/b/a SPUNK INC., CHARLES RAYMOND RICE,
DANIEL TOBEY, and JOSE LUIS LEPE,

                              Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       Attached to this Order are the following Court Exhibits:

- Exhibit A: Note from the jury, received by the Court on January 10, 2025 at 1:54 p.m.

- Exhibit B: Note from the jury, received by the Court on January 10, 2025 at 2:06 p.m.

- Exhibit C: Note from the jury, received by the Court on January 10, 2025 at 3:15 p.m.

      **SO ORDERED.**

DATED:     New York, New York
               January 13, 2025

                                                                             VALERIE FIGUEREDO
                                                                              United States Magistrate Judge

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JUAN PEDRAZA,

                             Plaintiff,                Case No.: 23-CV-2596 (VF)

    v.

MANHATTAN MONSTER INC. et al,

                            *Defendants.*
-------------------------------------------------------X

## NOTE FROM JURY

**PLEASE PRINT**

Message: PG. 29 FROM JURY INSTRUCTIONS — WE NEED CLARIFICATION

DID MONSTER INC PROVIDE AN AVE OF COMPLAINTS

Print Name: J. ERSKINE
Sign Name: [signature]
Date: 1-10-25
Time: 1:50 PM

---

**THE SECTION BELOW IS FOR COURT USE ONLY**

COURT EXHIBIT# A

RECEIVED ON: January 10, 2025

TIME RECEIVED: 1:54   [ ] a.m. / [X] p.m.

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JUAN PEDRAZA,

                Plaintiff,          Case No.: 23-CV-2596 (VF)

    v.

MANHATTAN MONSTER INC. et al,

                Defendants.
-------------------------------------------------------X

### NOTE FROM JURY

### PLEASE PRINT

Message: CAN WE POSSIBLY EXTEND TODAY, WE ARE ALMOST DONE. #6 CAN NOT COME BACK ON MONDAY.

Print Name: J. ERSKINE

Sign Name: [signature]

Date: 1-10-25

Time: 2:05 PM

---

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# B

RECEIVED ON: January 10, 2025

TIME RECEIVED: 2:06  [ ] a.m. / [X] p.m.

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

JUAN PEDRAZA,

                Plaintiff,        Case No.: 23-CV-2596 (VF)

    v.

MANHATTAN MONSTER INC. et al,

                Defendants.
-------------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

Message: _WE REACHED A VERDICT._

Print Name: _J. ERSKINE_
Sign Name: _[signature]_
Date: _1-10-25_
Time: _3:15 PM_

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# _C_

RECEIVED ON: January _10_, 2025

TIME RECEIVED: _3:15_ [ ] a.m. / [X] p.m.