**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JUAN PEDRAZA,

                              Plaintiff,                  **23-cv-2596 (VF)**
                                                          **ORDER OF**
            -against-                                **FINAL JUDGMENT**

MANHATTAN MONSTER INC. d/b/a The Monster
Bar, et al,

                               Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      It is hereby **ORDERED, ADJUDGED, AND DECREED**: That after a jury trial before the Honorable Valerie Figueredo, United States Magistrate Judge, the jury having returned a verdict in favor of Defendants, the Amended Complaint is hereby dismissed.

      **SO ORDERED.**

DATED:    New York, New York
                January 14, 2025

                                                             _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge